IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-01646-RPM-MJW**

ANDREW YACIUK,

Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave to File Third Amended Complaint (docket no. 80) is GRANTED. The Third Amended Complaint is accepted for filing today. The Defendant, Lee Miller, shall have up to and including October 13, 2005, to file his Answer to the Third Amended Complaint or otherwise defend.

Date:  September 13, 2005