IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-01646-RPM-MJW**

ANDREW YACIUK,

Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that a motions hearing is set on November 4, 2005, at 2:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The Court will hold a hearing on the Plaintiff's Motion for Entry of Default and Default Judgment Against Defendant Ralph Miller (DN 73), filed with the Court on June 17, 2005, and the Plaintiff's Motion for Entry of Default and Default Judgment Against Defendant Jose Gomez (DN 72), also filed with the Court on June 17, 2005.

     It is FURTHER ORDERED that the <u>Clerk of Court</u> shall add the Defendant Jose Gomez' updated address for continuing manual service of all future orders entered by this court at the following address:

Jose Bernardo Gomez
DOC # 127485
Skyline Correctional Center
East Canyon complex
PO Box 800
Canon City, CO 81215-0800

     It is FURTHER ORDERED that Defendant Jose Bernard Gomez shall appear for this motion hearing in person and the attorney for the Plaintiff shall make the necessary arrangements to ensure his presence for court and prepare the writ for the Court's signature and shall e-mail/deliver such writ to the court by October 14, 2005.

     It is FURTHER ORDERED that the Defendant Ralph Miller shall appear in person for this motion hearing.

It is FURTHER ORDERED that the <u>Clerk of Court</u> shall manually mail a copy of this Minute Order to Defendant Ralph Miller at the following last known address:

Ralph Miller
303 Berea Street
Berea OH 44017-0297

<u>Date: October 7, 2005                                                                           </u>