UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NUMBER: 04-CV-01646-RPM-MJW

ANDREW YACIUK,

                Plaintiff,

vs.

JOSE GOMEZ, an alien;
RALPH MILLER, an Ohio resident, individually and d/b/a Diamond Coatings Inc.;
LEE MILLER, an Ohio resident, individually and d/b/a Diamond Coatings Inc., and
DIAMOND COATINGS INC., a Nevada corporation;

                Defendants.

---

**ORDER REGARDING PETITION FOR WRIT OF AD TESTIFICANDUM
AND
ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF COLORADO AND THE COLORADO DEPARTMENT OF CORRECTIONS TO PRODUCE JOSE GOMEZ TO WHERE HIS CUSTODY MAY BE FOUND**

---

The Court, having been duly advised in the premises, hereby ORDERS that the Colorado Department of Corrections will transport Defendant Jose Gomez (DOB 05/28/80; DOC Number 127485) from the Department of Corrections, Skyline Correctional Center, Cañon City, Colorado 81215 to the United States District Court, District of Colorado, located at 901 19th Street, Denver, CO 80294-3589, and be held there November 3, 2005 through November 4, 2005.

The Court ORDERS that defendant Jose Gomez shall remain in Department of Corrections clothing.

The Court ORDERS that Department of Corrections officials shall remain in their standard uniforms.

SO ORDERED this _14TH_ day of _October_ 2005.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NUMBER: 04-cv-01646-RPM-MJW

ANDREW YACIUK,

                Plaintiff,

vs.

JOSE GOMEZ, an alien;
RALPH MILLER, an Ohio resident, individually and d/b/a Diamond Coatings Inc.;
LEE MILLER, an Ohio resident, individually and d/b/a Diamond Coatings Inc., and
DIAMOND COATINGS INC., a Nevada corporation;

                Defendants.

**PETITION AND ORDER FOR WRIT OF HABEAS CORPUS**

COMES NOW the Plaintiff, above-named, by and through his attorneys, GILBERT, FRANK, OLLANIK & KOMYATTE, P.C., and submits the following petition:

The Plaintiff petitions the Court to issue a Writ of Habeas Corpus directing the Colorado Department of Corrections to bring the Defendant, Jose Gomez, DOB 05/28/80, DOC Number 127485, from the Department of Corrections, Skyline Correctional Center, Cañon City, Colorado 81215 to the United States District Court, District of Colorado, located at 901 19th Street, Denver, CO 80294-3589, and be held there November 3, 2005 through November 4, 2005.

As grounds the Plaintiff states that:

1. This matter is set for a hearing on Plaintiff's Motion for Default Judgment which is scheduled for Friday, November 4, 2005 at 2:00 p.m. in Magistrate Watanabe's courtroom.

1

2. Magistrate Watanabe has ordered Defendant Gomez be present for the November 4, 2005 hearing.

WHEREFORE, Plaintiff's counsel respectfully requests this Court to grant this petition.

Respectfully submitted this 14th day of October 2005.

By: /s/ Carrie R. Frank
Paul J. Komyatte #022750
Carrie R. Frank, # 17807
Gilbert, Frank, Ollanik & Komyatte, P.C.
5400 Ward Road, Bldg. IV, Suite 200
Arvada, CO 80002
Telephone: 303/431-1111

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2005, a true and correct copy of the above and foregoing Writ of Habeas Corpus was sent via CM/ECF and/or placed in the U.S. Mail, first-class prepaid postage addressed to the following:

James N. Walters, III, Esq.
PO Box 297
343 West Bagley Road, Suite 101
Berea, OH 44017-0297
Telephone:   440/826-0084
*Attorney for Defendant Lee Miller*

Jose Gomez
#127485
Skyline Correctional Center
P.O. Box 800
Cañon City, CO 81215

Ralph Miller
303 Berea Street
Berea, OH 44017-0297

                                                 /s/ Mianne L. Besser

*A printed copy of this document with original signatures will be maintained by Gilbert, Frank, Ollanik & Komyatte, P.C. and made available for inspection upon request.*