IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01646-RPM-MJW

ANDREW YACIUK,

      Plaintiff,

v.

FORD MOTOR COMPANY,
TRW VEHICLE SAFETY SYSTEMS, INC.,
JOSE GOMEZ,
RALPH MILLER,
LEE MILLER,

      Defendants.

---

ORDER OF DISMISSAL – Lee Miller

---

Pursuant to the stipulated Motion to Dismiss without Prejudice Defendant Lee Miller (Doc. # 110), filed on January 5, 2006, it is

ORDERED that the complaint is dismissed without prejudice as to Defendant Lee Miller.

Dated: January 6, 2006

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge