IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01646-RPM-MJW

ANDREW YACIUK,

  Plaintiff,

v.

JOSE GOMEZ,
RALPH MILLER,

  Defendants.

___

## ORDER FOR ENTRY OF JUDGMENT BY DEFAULT
___

  Upon consideration of the Recommendation of United States Magistrate Judge Michael J. Watanabe, filed November 17, 2005, containing findings of fact and conclusions of law from an evidentiary hearing held on November 4, 2005, on the plaintiff's motion for default judgment against defendant Jose Gomez and plaintiff's motion for default judgment against defendant Ralph Miller, the Court incorporates by this reference those findings and conclusions and accordingly, it is

  ORDERED that the Clerk shall enter judgment for the plaintiff Andrew Yaciuk against the defendants Jose Gomez and Ralph Miller, jointly and severally, for economic damages in the total amount of $556,800.00 and non-economic damages in the amount of $250,000.00, with pre-judgment interest from August 12, 2002, to the date of judgment at the rate of 8% and post-judgment interest at the rate of 4.50% from the date of judgment until the judgment is fully paid and awarding the plaintiff costs to be taxed.

Dated: January 31st, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge