IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01646-RPM-MJW

ANDREW YACIUK,

      Plaintiff,

v.

JOSE GOMEZ,
RALPH MILLER,

      Defendants.

---

## ORDER OF DISMISSAL AS TO DIAMOND COATINGS, INC.

---

In the third amended complaint, filed September 13, 2005, Diamond Coatings, Inc., a Nevada corporation, was named as a defendant.  It appears from the Affidavit of Service Re Diamond Coatings, Inc., filed December 19, 2005, that Diamond Coatings, Inc., is a defunct corporation and that no service has been made upon a viable entity Diamond Coatings, Inc.  It is therefore

ORDERED that this civil action is dismissed without prejudice as to Diamond Coatings, Inc.

Dated: January 31st, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge