IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01646-RPM-MJW

ANDREW YACIUK,

      Plaintiff,

v.

JOSE GOMEZ,
RALPH MILLER,

      Defendants.

---

## ORDER DENYING MOTION TO RECONSIDER

---

Upon consideration of the Motion to Reconsider (Doc. #116), filed on February 10, 2006, it is

ORDERED that the motion is denied.

Dated: February 15th , 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge